STATE of Missouri,
Plaintiff-Respondent,

v.

Charles D. CHERRY, Jr.,
Defendant-Appellant.

No. 49896.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 26, 1985.

Motion for Rehearing and/or Transfer
Denied Jan. 7, 1986.

Application to Transfer Denied
Feb. 18, 1986.

Debra A. Buie, St. Louis, for defendant-appellant.

Jeffrey S. Jamieson, Pros. Atty., St. Louis, for plaintiff-respondent.

## SUMMARY OPINION

CLEMENS, Senior Judge.

In this jury-waived case the trial court found defendant guilty of assault by pointing a pistol at the victim; this, defendant denied. The trial court believed the victim and not the defendant, and sentenced defendant to a suspended term of fifteen days in jail.

On defendant's appeal we find the record supports the trial court's judgment. A full opinion would serve no precedent and we summarily affirm as allowed by Rule 30.-25(b).

CRANDALL and PUDLOWSKI, JJ., concur.